# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Audra Flanagan,              Civil No. 04-3126 (RHK/RLE)

     Plaintiff,

vs.              **ORDER OF DISMISSAL WITH PREJUDICE**

United Health Group, Inc. and
HR Direct, Inc.,

     Defendants.

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation and Preacipe [sic] for Discontinuance filed by Audra Flanagan and United Health Group Incorporated, the Court hereby **ORDERS** this matter **DISMISSED WITH PREJUDICE** and marked as settled and discontinued.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 24, 2005

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge